UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD LEE ALEXANDER,

                Plaintiff,

   v.

STATE OF MAINE, et al.,

                Defendants.

CASE NO. C05-1617JLR

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable James L. Robart:

      The court has received Plaintiff's motions regarding his requests to the court to subpoena a "pro se manual" (Dkt. # 5) as well as various government documents (Dkt. # 6). Because the court has no record that Plaintiff has served the Defendants with a summons and a copy of his complaint, the court cannot consider Plaintiff's motions at this time, and therefore STRIKES them as improper. In the meantime, the court instructs Plaintiff to submit an amended complaint by Friday, December 2, 2005, that alleges a basis for this court's jurisdiction and venue. Should Plaintiff fail to do so, the court will dismiss this action.

      Filed and entered this 8th day of November, 2005.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
       Deputy Clerk

MINUTE ORDER