1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD LEE ALEXANDER,

                Plaintiff,

  v.

STATE OF MAINE, et al.,

                Defendants.

CASE NO. C05-1617JLR

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable James L. Robart:

      Previously, the court directed the clerk to send Waivers of Service to certain Defendants in this matter (Dkt. # 20). The court, however, does not have an address for Defendants Mr. Ruffner and Mr. Mohonie and thus, requests Plaintiff to provide it with the last known address for both individuals. Failure to do so in a timely manner may result in a dismissal of the action against Mr. Ruffner and Mr. Mohonie. Fed. R. Civ. P. 4(m).

      Filed and entered this 28th day of December, 2005.

                              BRUCE RIFKIN, Clerk

                                  s/Mary Duett
                           By
                                  Deputy Clerk

MINUTE ORDER