UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD LEE ALEXANDER,

    Plaintiff,

  v.

STATE OF MAINE, et al.,

    Defendants.

CASE NO. C05-1617JLR

ORDER OF DISMISSAL

The court previously dismissed all claims against the State of Maine, the Portland Maine Police Department, its Chief, and Officer Kent Porter on grounds that the court lacked personal jurisdiction (Dkt. # 42). The court has reviewed Plaintiff's motion for reconsideration (Dkt. # 44) of the court's ruling. Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Plaintiff contends that the court should reconsider its ruling because it erred when it stated that Plaintiff failed to file his response to the underlying motion on time. Plaintiff's contention has no bearing whatsoever on the court's prior ruling; the court, in fact, considered Plaintiff's submission without regard to the date of filing. Plaintiff has not made the requisite showing and thus, the court DENIES his motion for reconsideration (Dkt. # 44).

ORDER OF DISMISSAL – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In its prior ruling, the court also ordered Plaintiff to show cause by April 14, 2006 why his claims against two unserved Defendants, Mr. Ruffner and Mr. Mohoney, should not be dismissed on personal jurisdiction grounds (Dkt. # 42).  In response, Plaintiff submitted the address of the two Defendants, but has not made a showing regarding personal jurisdiction (Dkt. # 43).  As such, the court dismisses the action against Mr. Ruffner and Mr. Mohoney, and this case is hereby closed.

No claims remaining in this matter, the court DISMISSES the action in its entirety.

Dated this 17th day of April, 2006.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL – 2